# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1932 Disciplinary Docket No. 3 |
| | : | |
| PETER JOSEPH PAYNE, JR. | : | No. 197 DB 2012 |
| | : | |
| | : | Attorney Registration No. 68902 |
| PETITION FOR REINSTATEMENT | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2019, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.  *See* Pa.R.D.E. 218(f).